## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### COURT FILE NO.: 15 CV-60255-Bloom/Valle

ARTERRIA BERNAY MCCUTCHEON,

                    Plaintiff,

v.

PREMIER RECOVERY GROUP, INC.,

                  Defendants.

### NOTICE OF PENDING SETTLEMENT

**TO THE CLERK:**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. (41)a within 30 days.

Dated: May 1, 2015

/s/ Shaya Markovic
Shaya Markovic, Esq.
Florida Bar # 92858
Shaya@markoviclaw.com
*Attorney for Plaintiff*
Law Office of Shaya Markovic, P.A.
1221 South 21st Avenue
Hollywood, FL 33020
Telephone: 954-399-9850
Facsimile: 954-399-9854

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1, 2015, a true and correct copy of the foregoing was forwarded

via email (brandonwrazen@peltanlaw.com to:  Brandon Wrazen, Esq., 1207 Delaware Ave, Suite

206, Buffalo, NY 14209

/s/ Shaya Markovic
Shaya Markovic, Esq.
Florida Bar # 92858
Shaya@markoviclaw.com
*Attorney for Plaintiff*
Law Office of Shaya Markovic, P.A.
1221 South 21st Avenue
Hollywood, FL 33020
Telephone: 954-399-9850
Facsimile: 954-399-9854