**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**COURT FILE NO.: 15 CV-60255-Bloom/Valle**

| | |
|---|---|
| ARTERRIA BERNAY MCCUTCHEON,<br><br>    Plaintiff,<br>v.<br><br>PREMIER RECOVERY GROUP, INC.,<br><br>    Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) having amicably resolved all matters in controversy, the Plaintiff files this Notice of Dismissal with Prejudice of this action. The Court is respectfully requested to retain jurisdiction solely for the purpose of enforcing the settlement agreement should the need arise. The effectiveness of this stipulation is conditioned on the Court's entry of an order retaining jurisdiction. *See* Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

| | |
|---|---|
| /s/ Shaya Markovic<br>Shaya Markovic, Esq.<br>Florida Bar # 92858<br>Shaya@markoviclaw.com<br>*Attorney for Plaintiff*<br>Law Office of Shaya Markovic, P.A.<br>1221 South 21st Avenue<br>Hollywood, FL 33020<br>Telephone: 954-399-9850<br>Facsimile: 954-399-9854 | |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on May 18, 2015 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Brandon Wrazen
Brandon Wrazen, Esq.
Brandonwrazen@peltanlaw.com
Peltan Law, PLLC
1207 Delaware Ave., Suite 206
Buffalo, NY 14209
Phone: (716) 332-6141
*Counsel for Defendant*
Service by CM/ECF

                                                /s/ Shaya Markovic
                                                Shaya Markovic, Esq.
                                                Florida Bar # 92858
                                                Shaya@markoviclaw.com
                                                *Attorney for Plaintiff*
                                                Law Office of Shaya Markovic, P.A.
                                                1221 South 21st Avenue
                                                Hollywood, FL 33020
                                                Telephone: 954-399-9850
                                                Facsimile: 954-399-9854