UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CIV-60255-BLOOM

ARTERRIA BERNAY MCCUTCHEON,

    Plaintiff,

v.

PREMIER RECOVERY GROUP, INC,

    Defendants.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the Plaintiff's Notice of Dismissal with Prejudice, ECF No. [9]. The Court having considered the Notice, and being otherwise duly informed therein, it is hereby

**ORDERED AND ADJUDGED** that the Notice **ECF No. [9]** is **APPROVED AND ADOPTED**, and the above-styled case is hereby **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Court shall retain jurisdiction for the sole purpose of enforcing the terms of any settlement between the parties. Each party is to bear its own attorneys' fees and costs unless otherwise agreed. The Clerk is directed to **CLOSE** this matter.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 19th day of May, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record